UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF NORTH CAROLINA

**U.S.A. vs. Andre Maurice Tykeem Session**                              **Docket No. 7:17-CR-98-1M**

**Petition for Action on Supervised Release**

COMES NOW Korey A. Cross, U.S. Probation Officer of the court, presenting a petition for modification of the Judgment and Commitment Order of Andre Maurice Tykeem Session, who, upon an earlier plea of guilty to Possession With Intent to Distribute a Quantity of a Mixture and Substance Containing a Detectable Amount of Heroin and Fentanyl, in violation of 21 U.S.C. §§ 841(a)(1) and 841(b)(1)(C), and Possession of a Firearm in Furtherance of a Drug-Trafficking Crime, in violation of 18 U.S.C. § 924(c)(1)(a)(i), was sentenced by the Honorable Malcolm J. Howard, Senior U.S. District Judge, on April 17, 2018, to the custody of the Bureau of Prisons for a term of 72 months. It was further ordered that upon release from imprisonment the defendant be placed on supervised release for a period of 60 months.

Andre Maurice Tykeem Session was released from custody on December 21, 2022, at which time the term of supervised release commenced. On June 30, 2023, the defendant's case was reassigned to Chief Judge Myers.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

On May 4, 2023, Wilmington Police Officers stopped a vehicle in which the defendant was a passenger. All people in the vehicle were felons and known gang members. Everyone except the defendant was arrested for possessing either drugs or a firearm. The defendant then failed to notify his supervising officer of the police contact. As a sanction to reinforce the conditions of supervision, it is recommended that the defendant complete a 30-day term of curfew with location monitoring.

The defendant signed a Waiver of Hearing agreeing to the proposed modification of supervision.

**PRAYING THAT THE COURT WILL ORDER** that supervised release be modified as follows:

1. The defendant shall adhere to a curfew as directed by the probation officer for a period not to exceed 30 consecutive days. The defendant is restricted to his residence during the curfew hours. The defendant shall submit to the following Location Monitoring: Radio Frequency monitoring and abide by all program requirements, instructions and procedures provided by the supervising officer. The defendant must pay all of the cost of the program.

   Except as herein modified, the judgment shall remain in full force and effect.

Andre Maurice Tykeem Session
Docket No. 7:17-CR-98-1M
Petition For Action
Page 2

| Reviewed and approved, | I declare under penalty of perjury that the foregoing is true and correct. |
|---|---|
| /s/ David W. Leake<br>David W. Leake<br>Supervising U.S. Probation Officer | /s/ Korey A. Cross<br>Korey A. Cross<br>U.S. Probation Officer<br>414 Chestnut Street, Suite 102<br>Wilmington, NC 28401-4290<br>Phone: 910-679-2051<br>Executed On: June 30, 2023 |

### ORDER OF THE COURT

Considered and ordered this 3d day of July, 2023, and ordered filed and made a part of the records in the above case.

/s/ Richard E Myers II
Richard E. Myers II
Chief United States District Judge