IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

Case No. 7:17-CR-00098-M

UNITED STATES OF AMERICA,

    Plaintiff,

v.

    ORDER

ANDRE MAURICE TYKEEM SESSION,

    Defendant.

       This matter comes before the court on Defendant's pro se Motion to Request Mitigation. [DE 67]. In his filing, Defendant informs the court that he intends to plead "no contest" at his January 7, 2025, revocation hearing, and he makes several requests concerning a potential sentence.

       Defendant benefited from court-appointed representation when he filed the present motions. This court does not consider pro se motions filed by a represented party. *See United States v. Hammond*, 821 F. App'x 203, 207 (4th Cir. 2020) (citing *McKaskle v. Wiggins*, 465 U.S. 168, 183 (1984) and *United States v. Carranza*, 645 F. App'x 297, 300 (4th Cir. 2016)). Therefore, the motion to request mitigation is DENIED WITHOUT PREJUDICE to the ability of Defendant, through his counsel, to raise the issue at a later time.

       SO ORDERED this ___3ᵈ___ day of January, 2025.

Richard E Myers II

RICHARD E. MYERS II
CHIEF UNITED STATES DISTRICT JUDGE